IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01835-RPM

WILLIAM BURKHARDT,

    Plaintiff,

v.

THE CITY OF LEADVILLE, COLORADO, a municipality and
TROY HARDWICK, in his individual and official capacity,

    Defendants.

---

ORDER GRANTING DEFENDANT HARDWICK'S REQUEST TO REVISE DATE FOR
SUBMITTING REBUTTAL EXPERT DISCLOSURES

---

    After review of the Motion to Revise Typographical Error in Defendant Hardwick's Unopposed Motion for Extension of Time to Disclose Expert Witnesses [23], it is

    ORDERED that the motion is granted and defendant Hardwick has up to and including July 16, 2010, to submit rebuttal expert disclosures.

    Dated: May 27th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge